# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 3:16cr352 |
| --- | --- | --- |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| AARON BROUSSARD, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of November 2017, it is **HEREBY ORDERED** as follows:

1. Defendant's motion for a bill of particulars (Doc. 30) is **DENIED**; and

2. Defendant's request for pretrial discovery and inspection (Doc. 30) is **DENIED**.

BY THE COURT:

s/ James M. Munley_____
**JUDGE JAMES M. MUNLEY
United States District Court**