# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :    **3:16-CR-352** |
| | :    **(JUDGE MARIANI)** |
| **AARON BROUSSARD,** | : |
|          **Defendant.** | : |

## ORDER

**AND NOW,** this 8th Day of July, 2020, for the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Aaron Broussard's Motion, entitled "Motion to Dismiss Pursuant to Federal Criminal Procedural Rule 18: Place of Prosecution and Trial," (Doc. 100), is **DENIED**. Specifically, Defendant's pre-trial motion is **DENIED** to the extent that it seeks dismissal of the superseding indictment for improper venue under Rules 12(b)(2), 12(b)(3), and 18 of the Federal Rules of Criminal Procedure. Defendant's motion is also **DENIED** insofar as it requests that this case be transferred to the District of Minnesota in the interest of convenience under Rule 21(b).

Robert D. Mariani
United States District Court Judge